UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YU YANG,<br><br>Petitioner,<br><br>v.<br><br>JULIIO HERNANDEZ, *et al.*,<br><br>Respondents. | Case No. C26-3766-MLP<br><br>ORDER |

This is a 28 U.S.C. § 2241 habeas action. Petitioner Yu Yang, through counsel, requests that his Petition for Writ of Habeas Corpus be dismissed without prejudice to refiling later. After filing the instant petition, Immigration Judge Tammy L. Fitting ordered Petitioner released on conditions and required a $10,000 bond, which he posted. Accordingly, as Petitioner has obtained the relief he sought in his habeas petition, the Court ORDERS the petition dismissed without prejudice and without adjudication of the merits of Petitioner's underlying constitutional and statutory claims.

Dated this 26th day of October, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge